IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MOE'S OG BBQ OXFORD, LLC                                PLAINTIFF

v.                                             CIVIL ACTION NO. 1:20-CV-173-SA-RP

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, et al                                DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on August 13, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 14th day of August, 2020.

                                                              /s/ Sharion Aycock
                                                              UNITED STATES DISTRICT JUDGE